**UNITED STATES of America Plaintiff—Appellee,**

v.

**William J. MARCH, Jr. Defendant—Appellant.**

**No. 02–4410.**

United States Court of Appeals, Sixth Circuit.

Feb. 2, 2004.

David P. Folmar, Jr., Asst. U.S. Attorney, U.S. Attorney's Office, Cleveland, OH, for Plaintiff–Appellee.

James R. Willis, Cleveland, OH, for Defendant–Appellant.

Before BOGGS, Chief Judge; GUY, Circuit Judge; and HOOD, District Judge.*

* The Honorable Denise P. Hood, United States District Judge for the Eastern District of Michigan, sitting by designation.

## ORDER

This cause having come on to be heard upon the record, the briefs and the oral argument of the parties, and upon due consideration thereof,

The court finds that no prejudicial error intervened in the judgment and proceedings in the district court, and it is therefore ORDERED that said judgment be and it hereby is affirmed. No jurisdiction for the appeal.